**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**BRUCE S. LUCKMAN, ESQUIRE**
**SHERMAN, SILVERSTEIN, KOHL, ROSE &**
**PODOLSKY, P.A.**
308 Harper Drive, Suite 200
Moorestown, New Jersey 08057
856-662-0700
bluckman@shermansilverstein.com

*Attorneys for Creditor, Sherman, Silverstein, Kohl,*
*Rose & Podolsky, P.A.*

In Re:

**CHERRY BROS., LLC, et als.,**

                    Debtors.

Chapter 11
Case No. 19-11644-AMC
Jointly Administered

## <u>NOTICE OF APPEARANCE</u>

**PLEASE TAKE NOTICE** that the undersigned hereby appears as attorney for Sherman,

Silverstein, Kohl, Rose & Podolsky, P.A., a Creditor of Cherry Bros., LLC, et als., Debtors in the

above-referenced Chapter 11 bankruptcy case, and pursuant to 11 U.S.C. § 1109(b) and

Bankruptcy Rules 2002 and 9010, request that all notices given or required to be given in this

bankruptcy case, and all papers served or required to be served in this bankruptcy case, be served

on the Creditor, by and through service on the following:

> Bruce S. Luckman, Esquire
> Sherman, Silverstein, Kohl, Rose & Podolsky, P.A.
> 308 Harper Drive
> Suite 200
> Moorestown, NJ  08057
> 1-856-662-0700
> bluckman@shermansilverstein.com

2145796.1

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, but is not limited to, all pleadings, orders, notices, and other papers referred to in any rule of the Bankruptcy Rules, Local Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, order, pleading, or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, electronically or otherwise.

**PLEASE TAKE FURTHER NOTICE** that the attorney listed above further requests that the Debtors and its counsel, any duly-constituted committee(s) and their counsel, the United States Trustee, the Clerk of the Court, and all parties filing a notice of appearance herein place the name and address of the undersigned on any mailing matrix to be prepared or existing in this Chapter 11 case.

Dated:  March 25, 2019                          SHERMAN, SILVERSTEIN, KOHL, ROSE &
                                                PODOLSKY, P.A.


                                                By:   */s/ Bruce S. Luckman*
                                                      Bruce S. Luckman