DEMBO, BROWN & BURNS LLP
Kyle F. Eingorn, Esquire
1300 Route 73, Suite 205
Mount Laurel, NJ 08054
e-mail: keingorn@dbblegal.com
(856)354-8866
Attorney for Creditor, Lawrence M. Brown

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF EASTERN PENNSYLVANIA

| In re: | CHAPTER 11 |
|---|---|
| CHERRY BROS., LLC, | Case No.: 19-11644-AMC |
| Debtor. | |
| In re: | CHAPTER 11 |
| C. BROS. HOLDING, LLC, | Case No.: 19-11643-AMC |
| Debtor. | |

**<u>ENTRY OF APPEARANCE AND REQUEST FOR NOTICES</u>**

PLEASE TAKE NOTICE that Dembo, Brown & Burns LLP, counsel for Lawrence M. Brown, appears and demands, pursuant to Federal Rules of Bankruptcy Procedure 2001, 9007 and 9010 (b), that all notices given or required to be given in this case and all papers service or required to be served in this case be given to and served upon the undersigned attorneys on its behalf, at the address set forth:

Kyle F. Eingorn, Esquire
Dembo, Brown & Burns LLP
1300 Route 73, Suite 205
Mount Laurel, NJ 08054
Phone: (856) 354-8866
Fax: (856) 354-0971

PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices of papers referred to in the Federal Rules of Bankruptcy Procedures specified above, but also without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telefax or otherwise which affect or seek to affect in any way the Debtor or property or proceeds in which the Debtor may claim an interest.

                                                  DEMBO BROWN & BURNS LLP
                                                  Counsel for Lawrence W. Brown

                                       By: /s/ Kyle F. Eingorn
                                            Kyle F. Eingorn, Esquire

Dated: March 26, 2019