IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *In re:* | : | Chapter 11 |
| | : | |
| CHERRY BROS., LLC | : | |
| | : | |
| Debtor | : | Bankruptcy No. 19-11644(AMC) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby enters his appearance in accordance with Rule 9010(b) of the Federal Rules of Bankruptcy Procedure on behalf of ***Great American Opportunities, Inc.***, a creditor in the above-captioned bankruptcy case, and hereby requests, pursuant to Rule 2002 and Rule 9007 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342, and §1109(b), and 11 U.S.C. § 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, upon the undersigned at the address set forth below:

> Daniel S. Siedman, Esquire
> CIARDI CIARDI & ASTIN
> One Commerce Square
> 2005 Market Street, Suite 3500
> Philadelphia, PA 19103
> Telephone: 215-557-3550
> Telecopier: 215-557-3551
> dsiedman@ciardilaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and however conveyed or transmitted, made by the Debtor or any third party in this bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that *Great American Opportunities, Inc.* does not intend this Notice of Appearance and Request for Service of Papers or any later appearance, pleading or claim to waive: (1) its right to trial by jury in any proceeding so triable in this/these case(s) or in any case, controversy, or proceeding related to this/these case(s); or (2) any other rights, claims, actions, defenses, set-offs, or recoupments to which it is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, set-offs, and recoupments are expressly reserved.

                                            **CIARDI CIARDI & ASTIN**

Dated: March 27, 2019          By:    */s/ Daniel S. Siedman*
                                                  Daniel S. Siedman, Esquire
                                                  CIARDI CIARDI & ASTIN
                                                  One Commerce Square
                                                  2005 Market Street, Suite 3500
                                                  Philadelphia, PA 19103
                                                  Tel: 215-557-3550
                                                  Fax: 215-557-3551
                                                  dsiedman@ciardilaw.com

                                                  *Counsel to Great American Opportunities, Inc.*