IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| C. Bros. Holdings, LLC and | .: | Case No.: 19-11644-amc |
| Cherry Bros., LLC | : | |
| | : | |
| Debtor(s). | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR
## NOTICES AND SERVICE OF DOCUMENTS

PLEASE TAKE NOTICE that the undersigned counsel hereby enters their appearance as counsel, JL Holdings, LLC, creditor and Debtor's landlord in the above-captioned Chapter 11 matter pursuant to Section 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 1101-1532 (the "Bankruptcy Code"), and request, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given or required to be given in the above-captioned cases and all papers served or required to be served in the above-captioned cases, be given to and served upon the undersigned attorneys, at the addresses set forth below:

Robert S Levy, Esquire
Attorney I.D. No. 46944
Cooper Schall and Levy
1204 Township Line Road
Drexel Hill, PA 19026
Telephone: (610) 668-5478
Email: rob@cslattorneys.com

Sheryl S. Levy, Esquire
Attorney ID No. 49868
Cooper Schall and Levy
2000 Market Street, Suite 1400
Philadelphia, PA 19103
Telephone: (610) 592-7716
Email: sheryl@cslatttorneys.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes without limitation, any order, notice, application, complaint, demand, motion, petition, pleading, request, disclosure statement or plan of reorganization, and any other document brought before the Bankruptcy Court with respect to these cases and any related proceedings, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronic mail or otherwise filed or made with regard to the above-captioned cases and proceedings herein.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right to: (1) challenge the jurisdiction of the Bankruptcy Court to adjudicate any matter, including, without limitation, any non-core matter; (2) have final orders in non-core matters entered only after de novo review by the District Court; (3) trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases; (4) have the District Court withdrawal that reference in any matter subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, setoffs, or recoupments to which the Creditor is or may be entitled to, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

COOPER SCHALL AND LEVY

By: _____
Robert S. Levy, Esquire
Attorney I.D. No. 46944
1204 Township Line Road
Drexel Hill, PA 19026
(610) 668-5478


By: _____
Sheryl S. Levy, Esquire
Attorney I.D. No. 49868
2000 Market Street, Suite 1400
Philadelphia, PA 19103
(610) 592-7716

ATTORNEYS FOR CREDITOR,
JL Holdings, LLC

DATED: April 2, 2019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              : Chapter 11
                                                    :
C. Bros. Holdings, LLC and                          .: Case No.: 19-11644-amc
Cherry Bros., LLC                                   :
                                                    :
        Debtor(s).                                  :
                                                    :

## CERTIFICATE OF SERVICE

I, hereby certify that I have this day served true and correct copies of the **Entry of Appearance and Request for Notices**, via regular U.S. Mail Service, postage prepaid, and CM/ECF service to:

**MICHAEL JASON BARRIE**
Benesch Friedlander Coplan & Aronoff, LLP
One Liberty Place
1650 Market Street, Suite 3628
Philadelphia, PA 19103-7301
mbarrie@beneschlaw.com

**KEVIN M CAPUZZI**
Benesch, Friedlander, Coplan and Aronoff, LLP
222 Delaware Avenue
Suite 801
Wilmington, DE 19801

*Counsel for Debtor*

*All other counsel of record via the CM/ECF service*

COOPER SCHALL AND LEVY

By: _____
Robert S. Levy, Esquire
Attorney I.D. No. 46944
1204 Township Line Road
Drexel Hill, PA 19026
(610) 668-5478

By: *[signature]*
Sheryl S. Levy, Esquire
Attorney I.D. No. 49868
2000 Market Street, Suite 1400
Philadelphia, PA 19103
(610) 592-7716

ATTORNEYS FOR CREDITOR,
JL Holdings, LLC

DATED: April 2, 2019