## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| CHERRY BROS., LLC, | : | Case No. 19-11644-amc |
| Debtors.[1] | : | |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF NOTICES AND PAPERS

PLEASE TAKE NOTICE that the attorneys set forth below hereby appear as proposed counsel for the Official Committee of Unsecured Creditors (the "**Committee**"), pursuant to Section 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 1101-1532 (the "**Bankruptcy Code**"), and request, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), that all notices given or required to be given in the above-captioned cases and all papers served or required to be served in the above-captioned cases, be given to and served upon the undersigned attorneys, at the addresses set forth below:

Justin K. Edelson  
POLSINELLI PC  
222 Delaware Ave, Suite 1101  
Wilmington, DE 19801  
Telephone: 302.252.9020  
Email: jedelson@polsinelli.com

Christopher A. Ward  
POLSINELLI PC  
222 Delaware Ave, Suite 1101  
Wilmington, DE 19801  
Telephone: 302.252.9020  
Email: cward@polsinelli.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes

---

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Cherry Bros., LLC (0061); and C. Bros Holdings, LLC (3923). The principal place of business of the Debtors is 707 N. Valley Forge Road, Suite 102, Lansdale, Pennsylvania 19446.

68054370.1

without limitation, any order, notice, application, complaint, demand, motion, petition, pleading, request, disclosure statement or plan of reorganization, and any other document brought before the Bankruptcy Court with respect to these cases and any related proceedings, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronic mail or otherwise filed or made with regard to the above-captioned cases and proceedings herein.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right to: (1) challenge the jurisdiction of the Bankruptcy Court to adjudicate any matter, including, without limitation, any non-core matter; (2) have final orders in non-core matters entered only after *de novo* review by the District Court; (3) trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases; (4) have the District Court withdraw that reference in any matter subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, setoffs, or recoupments to which the Creditors are or may be entitled to, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: April 3, 2019
      Wilmington, Delaware

POLSINELLI PC

*/s/ Justin K. Edelson*
Justin K. Edelson (Pa. Bar No. 207783)
222 Delaware Ave, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-9020
Facsimile: (302) 397-2728
Email: jedelson@polsinelli.com

-and-

Christopher A. Ward
222 Delaware Ave, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-9020
Facsimile: (302) 397-2728
Email: cward@polsinelli.com

*Proposed Counsel to the Committee*

68054370.1