**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>CHERRY BROS., LLC, *et al.*,<br><br>Debtors.[1] | CHAPTER 11<br><br>Case No. 19-11644-amc<br>Jointly Administered |

**NOTICE OF APPEARANCE AND
DEMAND FOR NOTICES AND PAPERS**

Pursuant to Bankruptcy Rules 2002, 9007 and 9010(b), Buchanan Ingersoll & Rooney PC ("BIR"), hereby enters its appearance on behalf of World's Finest Chocolate, Inc. and respectfully requests that all notices given or required to be given in this case by the Court, the Debtors, and/or any other parties-in-interest in this case be given BIR at the address and person below.  This request includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, and plans, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph or otherwise.

Dated:  April 11, 2019                **BUCHANAN INGERSOLL & ROONEY PC**

By: /s/ Mark D. Pfeiffer
Mark D. Pfeiffer, Esquire (PA ID No. 76245)
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
Phone: (215) 665-8700
Facsimile: (215) 665-8760
E-mail:  mark.pfeiffer@bipc.com
*Counsel for World's Finest Chocolate, Inc.*

---

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Cherry Bros., LLC (0061); and C. Bros Holdings, LLC (3923). The principal place of business of the Debtors is 707 N. Valley Forge Road, Suite 102, Lansdale, Pennsylvania 19446.

**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

In re:

CHERRY BROS., LLC, *et al.*,

        Debtors.[1]

:

CHAPTER 11

Case No.  19-11644-amc
Jointly Administered

**CERTIFICATE OF SERVICE**

I hereby certify that I served or caused to be served this 11th day of April, 2019 a true and correct copy of the foregoing Notice of Appearance and Demand for Notices and Papers via ECF notification upon all parties-in-interest.

Dated:  April 11, 2019

**BUCHANAN INGERSOLL & ROONEY PC**

By: /s/ Mark D. Pfeiffer
Mark D. Pfeiffer, Esquire (PA ID No. 76245)
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
Phone: (215) 665-8700
Facsimile: (215) 665-8760
E-mail:  mark.pfeiffer@bipc.com
*Counsel for World's Finest Chocolate, Inc.*

---

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Cherry Bros., LLC (0061); and C. Bros Holdings, LLC (3923). The principal place of business of the Debtors is 707 N. Valley Forge Road, Suite 102, Lansdale, Pennsylvania 19446.