## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 11** |
| | : | |
| **CHERRY BROS., LLC, et al.,** | : | **BANKRUPTCY NO. 19-11644(MDC)** |
| | : | **Jointly Administered** |
| **Debtors** | : | |
| | : | |

### NOTICE OF APPEARANCE
### AND DEMAND FOR NOTICES AND PAPERS

Please take notice that Martin Cherry ("Mr. Cherry") is a creditor or party-in-interest in the above-referenced case and hereby appears by its counsel, Robert W. Seitzer, Esquire of Karalis PC.  Robert W. Seitzer, Esquire hereby enters his appearance pursuant to §1109(b) of Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  Pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Bankruptcy Code §§ 342 and 1109(b), Robert W. Seitzer, Esquire requests that he be added to the service list in this case as follows and that copies of all notices and pleadings given or filed in this case be given and served upon him at the following address:

Robert W. Seitzer, Esquire
Karalis PC
1900 Spruce Street
Philadelphia, PA  19103
Phone: (215) 546-4500
Fax (215) 985-4175
rseitzer@karalislaw.com

Please take further notice that, pursuant to Bankruptcy Code §1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or

conveyed by mail, messenger delivery, telephone facsimile, telegraph, telex or otherwise, filed or made with regard to the vase and proceedings referenced herein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of Mr. Cherry's rights (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or of any other rights, claims, actions, setoffs or recoupments to which Mr. Cherry is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

**KARALIS PC**

By: /s/ Robert W. Seitzer
ROBERT W. SEITZER
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500

Dated: April 15, 2019    Attorneys for Martin Cherry