**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 11 |
| CHERRY BROS., LLC, *et al.,* | Case No. 19-11644 (AMC) |
| Debtors.[1] | |

**ENTRY OF APPEARANCE AND REQUEST FOR**
**NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Bielli & Klauder, LLC, and Rose Arters, PLLC hereby enter their appearance pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. § 102(1) and all other applicable law as counsel of record for Rene Ulloa in the above-referenced case; and hereby request that copies of all notices and pleadings given or filed in this case be given and served upon the following:

| | |
|---|---|
| David M. Klauder, Esquire | Joshua D. Arters, Esquire |
| **BIELLI & KLAUDER, LLC** | **ROSE ARTERS PLLC** |
| 1204 N. King Street | P.O. Box 1108 |
| Wilmington, DE 19801 | Brentwood, TN 37024 |
| Phone: (302) 803-4600 | Phone: (615) 942-8295 |
| Facsimile: (302) 397-2557 | Facsimile: (615) 390-6086 |
| dklauder@bk-legal.com | josh@rosearters.com |

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery,

---

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Cherry Bros., LLC (0061); and C. Bros Holdings, LLC (3923). The principal place of business of the Debtors is 707 N. Valley Forge Road, Suite 102, Lansdale, Pennsylvania 19446.

telephone, telegraph, telex, or otherwise filed or made with regard to the above- referenced case and all proceedings therein.

                                                    **BIELLI & KLAUDER, LLC**

Dated: May 29, 2019                                */s/ David M. Klauder*
      Wilmington, Delaware           David M. Klauder, Esquire (No. 5769)
                                                      1204 N. King Street
                                                      Wilmington, DE 19801
                                                      Phone: (302) 803-4600
                                                      Fax: (302) 397-2557
                                                      Email: dklauder@bk-legal.com

                                                      and

                                                   **ROSE ARTERS, PLLC**

                                                      Joshua D. Arters, Esquire
                                                      P.O. Box 1108
                                                      Brentwood, TN 37024
                                                      Phone: (615) 942-8295
                                                      Facsimile: (615) 390-6086
                                                      Email: josh@rosearters.com

                                                      *Counsel to Rene Ulloa*