IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| CHERRY BROS., LLC, | : | |
| | : | |
| Debtor | : | Case No. 19-11644-AMC |

ENTRY OF APPEARANCE

PLEASE ENTER the appearance of ROBERT M. MORRIS, Esq., of Morris & Adelman, P.C., on behalf of Omni Foods, Inc.

_____
ROBERT M. MORRIS, ESQ.
Attorney ID. No. 67896
MORRIS & ADELMAN, P.C.
P.O. Box 2235
201 N. Presidential Blvd.
Suite 100
Bala Cynwyd, PA 19004-6235
215-568-5621
Fax: 215-892-1616
rmmorris@morrisadelman.com