IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| Cherry Bros., LLC. | : | Bky. No. 19-11644(amc) |
| | : | |
| Debtor | : | |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that Leslie Beth Baskin, Esquire, hereby enters her appearance on behalf of Creditor, ColorSource, Inc. in the above-captioned proceeding, and pursuant to Bankruptcy Rule 2002, requests that her name be added to the mailing list maintained by the Clerk in the within case, and that all notices given or required to be given in this case and all papers served, or required to be served in this case be sent electronically to:

> Leslie Beth Baskin, Esquire
> SPECTOR GADON ROSEN VINCI P.C.
> 1635 Market Street
> Seven Penn Center - 7th Floor
> Philadelphia, PA 19103
> Telephone: 215-241-8926
> Telecopier: 215-241-8844
> lbaskin@sgrvlaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes the notices and papers referred to in Bankruptcy Rule 2002 and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any other document brought before this Court with respect to these proceedings, whether formal or informal, whether

written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

                          SPECTOR GADON ROSEN VINCI P.C.

                By:    */s/ Leslie Beth Baskin*
                      Leslie Beth Baskin
                      1635 Market Street
                      Seven Penn Center - 7th Floor
                      Philadelphia, PA  19103
                      Telephone:  215-241-8926
                      Telecopier: 215-241-8844
                      lbaskin@sgrvlaw.com

Dated:  July 9, 2019