EXHIBIT A

| Defendant | Adv. Proc No. |
|---|---|
| FFE Transportation Services, Inc | 20-00028 |
| Believe Group, LLC | 20-00029 |
| Macdonald Meat Co, LLC | 20-00030 |
| Alaskan Ice Company | 20-00031 |
| Bazzini, LLC | 20-00032 |
| Bolton Logistics, LLC | 20-00033 |
| Courier Connection, Inc. | 20-00034 |
| Courier Systems, Inc | 20-00035 |
| Diamond Ice, Inc | 20-00036 |
| Enjoy the City North, Inc. | 20-00037 |
| FedEx Freight, Corp. | 20-00038 |
| Fun Time Bounces, LLC | 20-00039 |
| GMW Organization, LLC | 20-00040 |
| Imsel Special Delivery | 20-00041 |
| J&J Snack Foods, Corp | 20-00042 |
| JL Holding, LLC | 20-00043 |
| M2 Media Group, LLC | 20-00044 |
| McKella280, Inc | 20-00045 |
| MKS, Inc. | 20-00046 |
| David's Cookie, Inc. | 20-00047 |
| Ace Endico, Inc. | 20-00048 |
| Airgas Dry Ice | 20-00049 |
| Arctic Glacier USA, Inc | 20-00050 |
| Bob Rocco Enterprises, Inc | 20-00051 |
| Pitt-Ohio Express, LLC | 20-00075 |
| DW Richards Sons, Inc | 20-00076 |
| The Chip Shoppe Prop, LLC | 20-00078 |
| Wisconsin School Services, LLC | 20-00079 |
| Ryder Truck Rental, Inc. | 20-00080 |
| Quick Send Delivery Service., | 20-00081 |
| Round-The-World Logistics, Inc | 20-00082 |
| Arkansas Department of Finance., | 20-00083 |
| Florida Department of Revenue | 20-00084 |
| Minnesota Department of Revenue | 20-00085 |
| Pennsylvania Department of Revenue | 20-00086 |
| Pepper Hamilton, L.L.P. | 20-00087 |
| Nationwide Mutual Insurance, CO | 20-00088 |
| PNC BANK, N.A | 20-00089 |
| Salesforce.com,Inc. | 20-00090 |
| Schwan's Company | 20-00091 |
| New York State Department of Taxation and Finance | 20-00092 |
| Quick Delivery Service, Inc. | 20-00093 |
| Independence Blue Cross | 20-00094 |
| Roc City Meats | 20-00095 |
| Abbyland Foods, Inc. | 20-00072 |
| Bestway Refridgerated Services, Inc. | 20-00073 |
| Colorsource, Inc. | 20-00053 |
| Lansdale Warehouse Co., Inc. | 20-00054 |
| Mullen Coughlin, LLC | 20-00052 |
| Nation Imprint, LLC | 20-00055 |
| National Imports, LLC | 20-00056 |
| Penske Truck Leasing, CO. | 20-00058 |
| Phoenix Food, LLC | 20-00057 |
| Tennesee Department of Revenue | 20-00060 |
| Texas State Comptroller of Public Accounts | 20-00059 |
| United Parcel Service | 20-00061 |
| Victor Printing, Inc. | 20-00063 |
| Virginia Diner | 20-00074 |
| VIST Bank | 20-00064 |
| Wear Young Enterprise Co., LTD | 20-00065 |
| Wells Fargo Equiptment Finance, Inc. | 20-00066 |
| WestGUARD Insurance Company | 20-00068 |
| Western Promotions, Inc. | 20-00067 |
| WWD, LLC | 20-00069 |
| XCEL Energy, Inc.. | 20-00070 |
| XPO Logistics, Inc. | 20-00071 |