# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>CHERRY BROS., LLC,<br><br>        Debtor. | Chapter 7<br><br>Case No. 19-11644 (AMC) |
| Gary F. Seitz, as Chapter 7 Trustee of the Estate of Cherry Bros., LLC,<br><br>        Plaintiff,<br>vs.<br><br>Defendants Listed on **Exhibit A**,<br><br>        Defendants. | Adv. No.: *See* **Exhibit A** |

## **CERTIFICATE OF SERVICE**

  I, Holly S. Miller, Esquire, hereby certify that, pursuant to Local Rules 2002-2, 2014-1 and 9014-4, on the date set forth below, a copy of the Plaintiff's Motion for Order Establishing Streamlined Procedures Governing Adversary Proceedings Brought by Plaintiff Pursuant to Sections 502, 547, 548, 549 and 550 of the Bankruptcy Code were served via ECF on all parties who filed a request under L.B.R. 2002-1 to receive all notices in the case.

Date: March 9, 2020

                /s/ Holly S. Miller_____
                Holly S. Miller